# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MATTHEW RICHCREEK #633325** | **CASE NO. 6:18-CV-01483 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **UNNAMED DEFENDANT** | **MAGISTRATE JUDGE WHITEHURST** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, concurring with the Magistrate Judge's findings under the applicable law; and after an independent review of the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24th day of April, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE